IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| v. | CRIMINAL NO. 3:16-CR-536-L |
| ALFREDO NAVARRO HINOJOSA, et al. | |

## GOVERNMENT'S EXHIBIT LIST

The United States of America, by and through the United States Attorney for the Northern District of Texas, files the Government's Exhibit List in this case as follows:

| EX. | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| *Exhibits Related to Drug Purchases and Seizures – Counts 1-19* | | | |
| 1 | Cocaine purchased on 1/18/2013 (Count 1) (Far West Dallas) (1B1) | | |
| 2 | Photographs of cocaine purchased on 1/18/2013 (Count 1) (Far West Dallas) | | |
| 3 | Audio related to cocaine purchase on 1/18/2013 (Count 1) (Far West Dallas) (2 files) | | |
| 4 | Drug Lab Report related to cocaine purchase on 1/18/2013 (Count 1) (Far West Dallas) (1B1) | | |
| 5 | Cocaine purchased on 2/8/2013 (Count 2) (Far West Dallas) (1B2) | | |
| 6 | Photograph of cocaine purchased on 2/8/2013 (Count 2) (Far West Dallas) | | |
| 7 | Video/Audio/Photo related to cocaine purchase on 2/8/2013 (Count 2) (Far West Dallas) (3 files) | | |
| 8 | Drug Lab Report related to cocaine purchase on 2/8/2013 (Count 2) (Far West Dallas) (1B2) | | |
| 9 | Cocaine purchased on 5/17/2013 (Count 3) (Far West Dallas) (1B6) | | |
| 10 | Photographs of cocaine purchased on 5/17/2013 (Count 3) (Far West Dallas) | | |
| 11 | Video/Audio related to cocaine purchase on 5/17/2013 (Count 3) (Far West Dallas) (8 files) | | |

**Exhibit List – Page 1**

| | | | |
|---|---|---|---|
| 12 | Drug Lab Report related to cocaine purchase on 5/17/2013 (Count 3) (Far West Dallas) (1B6) | | |
| 13 | Cocaine purchased on 6/8/2013 (Count 4) (Far West Dallas) (1B8) | | |
| 14 | Photographs of cocaine purchased on 6/8/2013 (Count 4) (Far West Dallas) | | |
| 15 | Drug Lab Report related to cocaine purchase on 6/8/2013 (Count 4) (Far West Dallas) (1B8) | | |
| 16 | Cocaine purchased on 6/9/2013 (Count 5) (OK Corral Dallas) (1B9) | | |
| 17 | Photographs of cocaine purchased on 6/9/2013 (Count 5) (OK Corral Dallas) | | |
| 18 | Drug Lab Report related to cocaine purchase on 6/9/2013 (Count 5) (OK Corral Dallas) (1B9) | | |
| 19 | Cocaine purchased on 11/16/2013 (Count 6) (Far West Dallas) (1B14) | | |
| 20 | Photographs of cocaine purchased on 11/16/2013 (Count 6) (Far West Dallas) | | |
| 21 | Video/Audio related to cocaine purchase on 11/16/2013 (Count 6) (Far West Dallas) (2 files) | | |
| 22 | Drug Lab Report related to cocaine purchase on 11/16/2013 (Count 6) (Far West Dallas) (1B14) | | |
| 23 | Cocaine purchased on 11/16/2013 (Count 7) (OK Corral Dallas) (1B15) | | |
| 24 | Photographs of cocaine purchased on 11/16/2013 (Count 7) (OK Corral Dallas) | | |
| 25 | Audio related to cocaine purchase on 11/16/2013 (Count 7) (OK Corral Dallas) (2 files) | | |
| 26 | Drug Lab Report related to cocaine purchase on 11/16/2013 (Count 7) (OK Corral Dallas) (1B15) | | |
| 27 | Cocaine purchased on 1/18/2014 (Count 8) (Far West Dallas) (1B16) | | |
| 28 | Photographs of cocaine purchased on 1/18/2014 (Count 8) (Far West Dallas) | | |
| 29 | Drug Lab Report related to cocaine purchase on 1/18/2014 (Count 8) (Far West Dallas) (1B16) | | |
| 30 | Cocaine purchased on 1/19/2014 (Count 9) (OK Corral Fort Worth) (1B18) | | |
| 31 | Photographs of cocaine purchased on 1/19/2014 (Count 9) (OK Corral Fort Worth) | | |
| 32 | Drug Lab Report related to cocaine purchase on 1/19/2014 (Count 9) (OK Corral Fort Worth) (1B18) | | |

**Exhibit List – Page 2**

| | | | |
|---|---|---|---|
| 33 | Cocaine purchased on 1/19/2014 (Count 10) (OK Corral Dallas) (1B17) | | |
| 34 | Photographs of cocaine purchased on 1/19/2014 (Count 10) (OK Corral Dallas) | | |
| 35 | Drug Lab Report related to cocaine purchase on 1/19/2014 (Count 10) (OK Corral Dallas) (1B17) | | |
| 36 | Cocaine purchased on 1/25/2014 (Count 11) (OK Corral Fort Worth) (1B19) | | |
| 37 | Photographs of cocaine purchased on 1/25/2014 (Count 11) (OK Corral Fort Worth) | | |
| 38 | Reserved | | |
| 39 | Drug Lab Report related to cocaine purchase on 1/25/2014 (Count 11) (OK Corral Fort Worth) (1B19) | | |
| 40 | Cocaine purchased on 3/22/2014 (Count 12) (OK Corral Fort Worth) (1B23) | | |
| 41 | Photographs of cocaine purchased on 3/22/2014 (Count 12) (OK Corral Fort Worth) | | |
| 42 | Reserved | | |
| 43 | Drug Lab Report related to cocaine purchase on 3/22/2014 (Count 12) (OK Corral Fort Worth) (1B23) | | |
| 44 | Cocaine purchased on 4/25/2014 (Count 13) (OK Corral Fort Worth) (1B25) | | |
| 45 | Photographs of cocaine purchased on 4/25/2014 (Count 13) (OK Corral Fort Worth) | | |
| 46 | Reserved | | |
| 47 | Drug Lab Report related to cocaine purchase on 4/25/2014 (Count 13) (OK Corral Fort Worth) (1B25) | | |
| 48 | Cocaine purchased on 4/25/2014 (Count 14) (Far West Dallas) (1B26) | | |
| 49 | Photographs of vehicle and cocaine purchased on 4/25/2014 (Count 14) (Far West Dallas) | | |
| 50 | Video/Audio related to cocaine purchase on 4/25/2014 (Count 14) (Far West Dallas) (1 file) | | |
| 51 | Drug Lab Report related to cocaine purchase on 4/25/2014 (Count 14) (Far West Dallas) (1B26) | | |
| 52 | Cocaine purchased on 10/18/2014 (Count 15) (Far West Dallas) (1B28) | | |
| 53 | Photographs of cocaine purchased on 10/18/2014 (Count 15) (Far West Dallas) | | |

**Exhibit List – Page 3**

| | | | |
|---|---|---|---|
| 54 | Video/Audio related to cocaine purchase on 10/18/2014 (Count 15) (Far West Dallas) (4 files) | | |
| 55 | Drug Lab Report related to cocaine purchase on 10/18/2014 (Count 15) (Far West Dallas) (1B28) | | |
| 56 | Cocaine purchased on 3/21/2015 (Count 16) (OK Corral Dallas) (1B31) | | |
| 57 | Photographs of cocaine purchased 3/21/2015 (Count 16) (OK Corral Dallas) | | |
| 58 | Drug Lab Report related to cocaine purchase on 3/21/2015 (Count 16) (OK Corral Dallas) (1B31) | | |
| 59 | Cocaine purchased on 3/21/2015 (two bags) and seized from Mendez (one bag) (Count 17) (Far West Dallas) (1B30) | | |
| 60 | Photographs of cocaine purchased 3/21/2015 (Count 17) (Far West Dallas) (three bags) | | |
| 61 | Drug Lab Report related to cocaine purchase on 3/21/2015 (Count 17) (Far West Dallas) (1B30) | | |
| 62 | Cocaine purchased on 3/22/2015 (Count 18) (92 bags) | | |
| 63 | Photograph of cocaine purchased on 3/22/2015 (Count 18) (92 bags) | | |
| 64 | Drug Lab Report related to cocaine purchase on 3/22/2015 (Count 18) (OK Corral Dallas) | | |
| 65 | Cocaine purchased on 10/14/2016 (Count 19) (OK Corral Dallas) (1B37) | | |
| 66 | Photographs of cocaine purchased 10/14/2016 (Count 19) (OK Corral Dallas) | | |
| 67 | Video/Audio related to cocaine purchase on 10/14/2016 (Count 19) (OK Corral Dallas) (2 files) | | |
| 68 | Drug Lab Report related to cocaine purchase on 10/14/2016 (Count 19) (OK Corral Dallas) (1B37) | | |
| 69 | Transcript for recording related to cocaine purchase on 5/17/2013 (Count 3) (Far West Dallas) (8 files) | | |
| 70 | Reserved | | |
| 71 | Reserved | | |
| 72 | Reserved | | |
| *Recordings and Transcripts of Recordings* | | | |
| 73 | Recording of March 25, 2015 conversation between Hinojosa and Villareal (session 212) | | |
| 74 | Transcript of recoding of March 25, 2015 conversation between Hinojosa and Villareal (session 212) | | |

Exhibit List – Page 4

| | | | |
|---|---|---|---|
| 75 | Recording of October 21, 2016 conversation between Hinojosa and Villareal (0291.005/ 1D79) | | |
| 76 | Transcript of recording of October 21, 2016 conversation between Hinojosa and Villareal (0291.005/ 1D79) | | |
| 77 | Recording of May 20, 2015 conversation between Hinojosa and Novoa (Session 465) | | |
| 78 | Transcript of recording of May 20, 2015 conversation between Hinojosa and Novoa (Session 465) | | |
| 79 | Recording of May 21, 2015 conversation between Hinojosa and Novoa (Session 8812) | | |
| 80 | Transcript of recording of May 21, 2015 conversation between Hinojosa and Novoa (Session 8812) | | |
| 81 | Recording of May 25, 2015 conversation between Hinojosa and Ali Valdez (Session 11015) | | |
| 82 | Transcript of recording of May 25, 2015 conversation between Hinojosa and Ali Valdez (Session 11015) | | |
| 83 | Recording of April 17, 2015 conversation between Hinojosa and Salvador Rodriguez (Session 1554) | | |
| 84 | Transcript of recording of April 17, 2015 conversation between Hinojosa and Salvador Rodriguez (Session 1554) | | |
| 85 | Recording of April 17, 2015 conversation between Hinojosa and Villarreal (Session 332) | | |
| 86 | Transcript of recording of April 17, 2015 conversation between Hinojosa and Villarreal (Session 332) | | |
| 87 | Recording of July 10, 2017 Interview of Alfredo Hinojosa (adjusted for *Bruton*) | | |
| 88 | Transcript of recording of July 10, 2017 Interview of Alfredo Hinojosa (adjusted for *Bruton*) | | |
| 89 | Recording of November 8, 2014 telephone call between Lara and Cesar Mendez (21:59) (Session 933) | | |
| 90 | Transcript of recording of November 8, 2014 telephone call between Lara and Cesar Mendez (21:59) (Session 933) | | |

**Exhibit List – Page 5**

| | | | |
|---|---|---|---|
| 91 | Recording of November 8, 2014 telephone call between Lara and Cesar Mendez (22:05) (Session 935) | | |
| 92 | Transcript of recording of November 8, 2014 telephone call between Lara and Cesar Mendez (22:05) (Session 935) | | |
| 93 | Recording of November 8, 2014 telephone call between Lara and Cesar Mendez (22:20) (Session 936) | | |
| 94 | Transcript of recording of November 8, 2014 telephone call between Lara and Cesar Mendez (22:20) (Session 936) | | |
| 95 | Recording of November 14, 2014 telephone call between Lara and Cesar Mendez (22:03) (Session 1062) | | |
| 96 | Transcript of November 14, 2014 telephone call between Lara and Cesar Mendez (22:03) (Session 1062) | | |
| 97 | Recording of October 29, 2014 telephone call between Lara and Cesar Mendez (16:40) (Session 713) | | |
| 98 | Transcript of October 29, 2014 telephone call between Lara and Cesar Mendez (16:40) (Session 713) | | |
| 99 | Recording of October 29, 2014 telephone call between Lara and Cesar Mendez (Session 748) | | |
| 100 | Transcript of recording of October 29, 2014 telephone call between Lara and Cesar Mendez (Session 748) | | |
| 101 | Recording of April 19, 2015 telephone call between Hinojosa, Novoa, and Salvador Rodriguez (Session 02353) | | |
| 102 | Transcript of recording of April 19, 2015 telephone call between Hinojosa, Novoa, and Salvador Rodriguez (Session 02353) | | |
| 103 | Recording of June 16, 2015 telephone call between Hinojosa, Novoa, and Salvador Rodriguez (Session 17490) | | |
| 104 | Transcript of recording of June 16, 2015 telephone call between Hinojosa & Casas (Session 17490) | | |
| 105 | Recording of November 22, 2015 telephone call between Villarreal and Casas (Session 0085) | | |

| | | | |
|---|---|---|---|
| 106 | Transcript of recording of November 22, 2015 telephone call between Villarreal and Casas (Session 0085) | | |
| 107 | Recording of October 23, 2015 meeting between Hinojosa, Casas, Novoa, Rodriguez, and Villareal (Session 1D71) | | |
| 108 | Transcript of Recording of October 23, 2015 meeting between Hinojosa, Casas, Novoa, Rodriguez, and Villareal (Session 1D71) | | |
| 109 | Interview Notes from Casas 8.8.17 Confession | | |
| 110 | Interview Notes from Rodriguez 8.8.17 Confession | | |
| 111 | Text message between Casas and Rendon | | |
| 112 | CD containing books and records recovered from Josephine Hinojosa | | |
| *Bus Transaction Documents* | | | |
| 113 | Photograph of bus | | |
| 114 | Photograph of La Energia Nortena | | |
| 115 | Regions Bank Checking Records showing account holder (0876) | | |
| 116 | Regions Bank Checking Records (May 2015) for Multi-Events Arena, Ltd. (0876) | | |
| 117 | Check 5756 from Azteca Records LLC to Multi-Events Arena, Ltd for $20,000 | | |
| 118 | Check 20107 from Azteca Publishing, Inc. to Multi-Events Arena, Ltd for $20,000 | | |
| 119 | Deposit Ticket for Regions Bank Checking Account for Multi-Events Arena, Ltd. (0876) | | |
| 120 | Regions Wire Report for Account 0876 | | |
| 121 | Bill of Sale for 2002 Prevost XLII Bus | | |
| 122 | CTR for 5/21/2015 $60,000 Transaction related to Multi-Events Arena, Ltd. | | |
| 123 | CTR for 5/22/2015 $40,725 Transaction related to Multi-Events Arena, Ltd. | | |
| 124 | FDIC Insured Status for Regions Bank | | |
| 125 | Reserved | | |
| 126 | CTR for prior transaction | | |
| 127 | Photographs of cash being taken to 201 North Harwood | | |
| *Plea Papers and Proffer Letters* | | | |
| 128 | Factual Resume for Humberto Novoa | | |
| 129 | Plea Agreement and Plea Agreement Supplement for Humberto Novoa | | |

Exhibit List – Page 7

| | | | |
|---|---|---|---|
| 130 | Proffer Letter for Humberto Novoa | | |
| 131 | Factual Resume for Juan Antonio Lara | | |
| 132 | Plea Agreement for Juan Antonio Lara | | |
| 133 | Proffer Letter for Juan Antonio Lara | | |
| 134 | Factual Resume for Humberto Ovila Cruz | | |
| 135 | Plea Agreement and Plea Agreement Supplement for Humberto Ovila Cruz | | |
| 136 | Proffer Letter for Humberto Ovila Cruz | | |
| 137 | Factual Resume for Jose Javier Mendoza Martinez | | |
| 138 | Plea Agreement and Plea Agreement Supplement for Jose Javier Mendoza Martinez | | |
| 139 | Proffer Letter for Jose Javier Mendoza Martinez | | |
| 140 | Factual Resume for Mauricio Garcia Mentado | | |
| 141 | Plea Agreement and Plea Agreement Supplement for Mauricio Garcia Mentado | | |
| 142 | Factual Resume for Erick Lopez Cuellar | | |
| 143 | Plea Agreement and Plea Agreement Supplement for Erick Lopez Cuellar | | |
| 144 | Factual Resume for Eddie Villarreal | | |
| 145 | Plea Agreement and Plea Agreement Supplement for Eddie Villarreal | | |
| 146 | Proffer Letter for Eddie Villarreal | | |
| 147 | Factual Resume for Alfredo Hinojosa (only to be used if he takes the stand) | | |
| 148 | Plea Agreement and Plea Agreement Supplement for Alfredo Hinojosa (only to be used if he takes the stand) | | |
| 149 | Statement of Facts in Support of Jose "Tino" Lopez | | |
| 150 | Plea Agreement and Plea Agreement Addendum for Jose "Tino" Lopez | | |
| 151 | Factual Resume for Raul Nunez | | |
| 152 | Plea Agreement and Plea Agreement Supplement for Raul Nunez | | |
| *Photographs* | | | |
| 153 | Photograph of Far West Dallas | | |
| 154 | Photograph of OK Corral Fort Worth | | |
| 155 | Photograph of OK Corral Dallas | | |
| 156 | Photograph of 201 North Harwood / Medusa | | |
| 157 | Photographs of proposed witnesses and defendants | | |
| *Secretary of State Records* | | | |
| 158 | Secretary of State records for Far West, Inc. | | |

| | | | |
|---|---|---|---|
| 159 | Secretary of State records for Tex Border Management, Inc. | | |
| 160 | Secretary of State records for Sports Latin, Inc. | | |
| 161 | Secretary of State records for Arcababa, Inc. | | |
| 162 | Secretary of State records for Multi-Events Arena, Ltd. | | |
| 163 | Secretary of State records for Azteca Records, LLC | | |
| 164 | Secretary of State records for Azteca Publishing, Inc. | | |
| 165 | Secretary of State records for La Energia Nortena, LLC | | |
| 166 | Secretary of State records for La Reunion Nortena, LLC | | |
| 167 | Secretary of State records for O.K. West, Inc. | | |
| 168 | Secretary of State records for Bilarcadia, Inc. | | |
| 169 | Secretary of State records for Old Town Ranchers, Inc. | | |
| 170 | Secretary of State records for Ferris Ranchers, Inc. | | |
| 171 | Secretary of State records for Bandshell Events, Inc. | | |
| 172 | Secretary of State records for Chenault Management, Inc. | | |
| 173 | Secretary of State records for Toronto Investors, Inc. | | |
| 174 | Secretary of State records for Northeast Enterprises, Inc. | | |
| 175 | Secretary of State records for ALHE, Inc. | | |
| 176 | Secretary of State records for Paljer Corporation | | |
| 177 | Secretary of State records for M&R Entertainment, Inc. | | |
| 178 | Secretary of State records for ClubMex, Inc. | | |
| 179 | Secretary of State records for Mexico Lindo Auto Sales, Inc. | | |
| 180 | Secretary of State records for Rodeo 2000 Social Club | | |
| 181 | Secretary of State records for Club Bellaire, Inc. | | |
| 182 | Secretary of State records for Mexico Lindo Bazar, Inc. | | |
| 183 | Secretary of State records for Promotions Iguana, LLC | | |
| 184 | Secretary of State records for Spangler Entertainment, LLC | | |
| 185 | Secretary of State records for The Coliseum, Inc. | | |
| 186 | Secretary of State records for Club Rodeo Management, Inc. | | |

**Exhibit List – Page 9**

| | | | |
|---|---|---|---|
| 187 | Secretary of State records for Arena Concerts GP, Inc. | | |
| 188 | Secretary of State records for Entertaining Ranchers Private Club, Inc. | | |
| 189 | Secretary of State records for MAC 23, Inc. | | |
| 190 | Secretary of State records for Bongo's Inc. | | |
| 191 | TABC records for Far West Private Club | | |
| 192 | Secretary of State records for Arena Concessions, Inc. | | |
| 193 | Secretary of State records for La Hechicera De Fort Worth, Inc. | | |
| 194 | Secretary of State records for La Hechicera Mesquite, Inc. | | |
| 195 | Secretary of State records for Azteca Talent Agency, Inc. | | |
| 196 | Secretary of State records for Tyler Entertainment | | |
| 197 | Secretary of State records for Tortas Azteca | | |
| 198 | Secretary of State records for Aljoad, LLC | | |
| 199 | Secretary of State records for Grupo Vizzio Company | | |
| 200 | Secretary of State records for MusicMex Entertainment | | |
| 201 | Secretary of State records for Azteca Marketing & Promotions | | |
| 202 | Secretary of State records for La Fiera De Ojinaga | | |
| 203 | Secretary of State records for All Right Janitorial, LLC | | |
| 204 | Secretary of State records for Studio 45 Entertainment | | |
| 205 | Secretary of State records for Uptown Dining | | |
| 206 | Secretary of State records for Chava Entertainment | | |
| *Bank Records* | | | |
| 207 | Regions Bank Account #5867 (OK Corral Ft. Worth - Arcababa, Inc.) | | |
| 208 | Chase Bank Account #1293 (OK Corral Ft. Worth - Arcababa, Inc.) | | |
| 209 | Chase Bank Account #1880 (OK Corral Ft. Worth - Arcababa, Inc.) | | |
| 210 | Regions Bank Account #6162 (Far West Dallas – Tex Border Management, Inc.) | | |
| 211 | Regions Bank Account #3998 (Far West Dallas – El Volcan) | | |

| | | | |
|---|---|---|---|
| 212 | Regions Bank Account #4005 (Far West Dallas – El Volcan Social Club, Inc.) | | |
| 213 | Regions Bank Account #4100 (Far West Dallas) (Far West Dallas – Promotions Iguana) | | |
| 214 | Chase Bank Account #1350 (Far West Dallas – El Volcan Social Club, Inc. Operating Account) | | |
| 215 | Chase Bank Account #1368 (Far West Dallas – El Volcan Social Club, Inc. Ticketing Account) | | |
| 216 | Chase Bank Account #1827 (Far West Dallas – Promotions Iguana LLC) | | |
| 217 | Chase Bank Account #7033 (Far West Dallas – Promotions Iguana LLC) | | |
| 218 | Regions Bank Account #4127 (OK Corral Dallas – Spangler Ent. LLC) | | |
| 219 | Chase Bank Account #0638 (OK Corral Dallas – Spangler Ent. LLC) | | |
| 220 | Chase Bank Account #3980 (OK Corral Dallas – Spangler Ent. LLC) | | |
| 221 | Regions Bank Account #7461 (El Coliseo) | | |
| 222 | Regions Bank Account #4324 (Multi-Events) | | |
| 223 | Regions Bank Account #7842 (Hinojosa personal) | | |
| 224 | Regions Bank Account #6138 (Mexico Lindo Bazaar) | | |
| 225 | Regions Bank Account #0876 (Multi-Events Arena, LTD, dba Arena Theater) | | |
| 226 | Regions Bank Account #4536 (OK Corral Dallas) | | |
| 227 | Regions Bank Account #3910 (Old Town Ranchers DBA VIP) | | |
| 228 | Regions Bank Account # 3597 (Old Town Ranchers Medusa Tickets) | | |
| 229 | Regions Bank Account #4366 (Old Town Ranchers Inc. Office Account) | | |
| 230 | Chase Bank Account #1696 (OTR Inc. dba Medusa Operating Account) | | |
| 231 | Chase Bank Account #1688 (OTR in Medusa Tickets) | | |
| 232 | Regions Bank Account #4375 (Arena Concessions) | | |
| 233 | Chase Bank Account #9090 (Arena Concessions) | | |
| 234 | Regions Bank Account #4119 (Arena Concerts GP) | | |
| 235 | Chase Bank Account #9053 (Arena Concerts GP) | | |
| *Tax Records* | | | |
| 236 | Hinojosa's 1040 Tax Form 2008 | | |

| | | | |
|---|---|---|---|
| 237 | Hinojosa's 1040 Tax Form 2009 | | |
| 238 | Hinojosa's 1040 Tax Form 2010 | | |
| 239 | Hinojosa's 1040 Tax Form 2011 | | |
| 240 | Hinojosa's 1040 Tax Form 2012 | | |
| 241 | Hinojosa's 1040 Tax Form 2013 | | |
| 242 | La Energia Nortena 2015 Form 1065 | | |
| 243 | Arcababa, Inc. DBA OK Corral Babilonia 2012 Tax Return | | |
| 244 | Arcababa, Inc. DBA OK Corral Babilonia 2013 Tax Return | | |
| 245 | Tex Border Management, Inc. 2012 Tax return | | |
| 246 | Old Town Ranchers 2013 Tax Return | | |
| 247 | Arena Concession 2012 Tax Return | | |
| 248 | Arena Concession 2013 Tax Return | | |
| 249 | Arena Concerts GP, Inc. 2012 Tax Return | | |
| 250 | Arena Concerts GP, Inc. 2013 Tax Return | | |
| 251 | Multi-Events Arena LTD 2012 Tax Return | | |
| 252 | Multi-Events Arena LTD 2013 Tax Return | | |
| *TABC Applications* | | | |
| 253 | TABC Application for OK Corral Dallas | | |
| 254 | TABC Application for OK Corral Fort Worth | | |
| 255 | TABC Application for Far West/El Volcan | | |
| *Additional Recordings and Transcripts & Notes* | | | |
| 256 | Recording of 3/11/2014 telephone call between Erick Lopez and CHS | | |
| 257 | Transcript of 3/11/2014 telephone call between Erick Lopez and CHS | | |
| 258 | Recording of 3/27/2014 telephone call between Erick Lopez and CHS | | |
| 259 | Transcript of 3/27/2014 telephone call between Erick Lopez and CHS | | |
| 260 | Rendon notes | | |
| 261-265 | Reserved | | |
| *Demonstratives* | | | |
| 266 | Hinojosa Organization – with Pictures | | |
| 267 | Chart of Controlled Purchases | | |
| 268 | Drug Weight Chart | | |
| 269 | Money Laundering, Count 21 etc. | | |
| 270-277 | Reserved | | |
| *Business Records Certifications* | | | |
| 278 | Business Record Certification for the Dallas Police Department | | |

**Exhibit List – Page 12**

| | | | |
|---|---|---|---|
| 279 | Business Record Certification from Regions Bank | | |
| 280 | Business Record Certification from Chase Bank | | |
| 281 | Business Record Certification from TABC | | |
| 282 | Business Records Certification from Loomis | | |
| 283 | Business Records Certification from Bus for Sale | | |
| *Miscellaneous* | | | |
| 284 | Calls for Service (Dallas) | | |
| 285 | Calls for Service (Fort Worth) | | |
| 286 | Contracts with Loomis and associated records | | |
| 287 | Call Sheets related to calls for service | | |
| 288 | Alfredo Hinojosa business cards | | |
| 289 | Miguel Casas business cards | | |
| 290 | Martin Salvador Rodriguez business cards | | |
| 291 | Alfredo Hinojosa Resume | | |
| 292 | Phone dump of Agustin Hinojosa's phone | | |
| 293 | Meme – Chava Scarface | | |
| 294 | Video footage of Jose Lopez stop | | |

Respectfully submitted,

PRERAK SHAH
ACTING UNITED STATES ATTORNEY

**/s/  P.J. Meitl**
P.J. MEITL
Assistant United States Attorney
D.C. Bar No. 502391
Virginia Bar No. 73215
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214.659.8680
Facsimile: 214.659.8809
Email: philip.meitl@usdoj.gov