IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALFREDO NAVARRO HINOJOSA, et al. | CRIMINAL NO. 3:16-CR-536-L |

## GOVERNMENT'S MOTION TO DISMISS COUNTS NINE AND TWELVE

The United States, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, files this motion to dismiss Counts 9 and 12 of the Superseding Indictment. The government seeks the dismissal of these counts because it is in the interests of justice.

Respectfully submitted,

PRERAK SHAH
ACTING UNITED STATES ATTORNEY

*/s/ P.J. Meitl*

P.J. MEITL
Assistant United States Attorney
District of Columbia Bar No. 502391
Virginia Bar No. 73215
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214.659.8680
Facsimile: 214.659.8812
Email: philip.meitl@usdoj.gov

**Motion to Dismiss Counts 9 and 12 – Page 1**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALFREDO NAVARRO HINOJOSA, et al. | CRIMINAL NO.  3:16-CR-536-L |

## ORDER

Upon the motion of the Government, the Court finds that the interests of justice would be best served by allowing the Government to dismiss Counts 9 and 12 of the Superseding Indictment.

IT IS HEREBY ORDERED THAT Counts 9 and 12 of the Superseding Indictment in the above-captioned case are dismissed without prejudice.

Dated this _____ day of September, 2021

_____
SAM A. LINDSAY
United States Judge

Order – Solo Page