IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| § | |
| v.  § | Criminal No. 3:16-CR-00536-L |
| § | |
| CESAR MENDEZ (03) § | |
| ALFREDO NAVARRO HINOJOSA (09) § | |
| MIGUEL CASAS (10) § | |
| MARTIN SALVADOR RODRIGUEZ (11) § | |

# ORDER

Several parties have given notice that they plan to call several Rule 702 witnesses. As the court previously told the parties, any party who plans to use a 702 witness must provide the court with the subject matter of the planned testimony, the opinions of such witness, and the bases for the opinions expressed by such witness. Any party who does not provide this information runs the risk of that witness not being allowed to testify. The court needs this information so that it can properly perform its gatekeeping function.

**It is so ordered** this 8th day of October, 2021.

Sam A. Lindsay
United States District Judge

Order – Solo Page