

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | Criminal Action No. **3:16-CR-536-L** |
| **ALFREDO NAVARRO HINOJOSA;** **MIGUEL CASAS;** **MARTIN SALVADOR RODRIGUEZ;** and **CESAR MENDEZ,** | § § § § § | |

### Verdict of the Jury

We, members of the jury, find **Defendant Alfredo Navarro Hinojosa**:

<u>Unable to reach an agreement</u>
"Guilty" or "Not Guilty"    of the offense charged in Count One of the Superseding Indictment ("Indictment");

<u>Unable to reach an agreement</u>
"Guilty" or "Not Guilty"    of the offense charged in Count Two of the Indictment;

<u>Unable to reach an agreement</u>
"Guilty" or "Not Guilty"    of the offense charged in Count Three of the Indictment;

<u>Unable to reach an agreement</u>
"Guilty" or "Not Guilty"    of the offense charged in Count Four of the Indictment;

<u>Unable to reach an agreement</u>
"Guilty" or "Not Guilty"    of the offense charged in Count Five of the Indictment;

<u>Unable to reach an agreement</u>
"Guilty" or "Not Guilty"    of the offense charged in Count Six of the Indictment;

<u>Unable to reach an agreement</u>
"Guilty" or "Not Guilty"    of the offense charged in Count Seven of the Indictment;

<u>Unable to reach an agreement</u>
"Guilty" or "Not Guilty"    of the offense charged in Count Eight of the Indictment;

<u>Unable to reach an agreement</u>
"Guilty" or "Not Guilty"    of the offense charged in Count Ten of the Indictment;

<u>Unable to reach an agreement</u>
"Guilty" or "Not Guilty"    of the offense charged in Count Eleven of the Indictment;

**Verdict of the Jury – Page 1**

__Unable to reach an agreement__ of the offense charged in Count Thirteen of the Indictment;
"Guilty" or "Not Guilty"

__Unable to reach an agreement__ of the offense charged in Count Fourteen of the Indictment;
"Guilty" or "Not Guilty"

__Unable to reach an agreement__ of the offense charged in Count Fifteen of the Indictment;
"Guilty" or "Not Guilty"

__Unable to reach an agreement__ of the offense charged in Count Sixteen of the Indictment;
"Guilty" or "Not Guilty"

__Unable to reach an agreement__ of the offense charged in Count Seventeen of the Indictment;
"Guilty" or "Not Guilty"

__Unable to reach an agreement__ of the offense charged in Count Eighteen of the Indictment;
"Guilty" or "Not Guilty"

__Guilty__ of the offense charged in Count Nineteen of the Indictment;
"Guilty" or "Not Guilty"

__Guilty__ of the offense charged in Count Twenty of the Indictment;
"Guilty" or "Not Guilty"

__Unable to reach an agreement__ of the offense charged in Count Twenty-One of the Indictment;
"Guilty" or "Not Guilty"

__Guilty__ of the offense charged in Count Twenty-Five of the Indictment;
"Guilty" or "Not Guilty"

With respect to Count Twenty-Five, if you answered "Guilty," what did you find by proof beyond a reasonable doubt was the amount of the mixture or substance containing a detectable amount of cocaine? Please check one of the blanks below.

__✓__  Five kilograms or more.

_____  At least five hundred grams but less than five kilograms.

_____  Less than five hundred grams.

**Verdict of the Jury – Page 2**

We, members of the jury, find **Defendant Miguel Casas**:

__Unable to reach an agreement__ of the offense charged in Count One of the Indictment;
"Guilty" or "Not Guilty"

__Unable to reach an agreement__ of the offense charged in Count Two of the Indictment;
"Guilty" or "Not Guilty"

__Unable to reach an agreement__ of the offense charged in Count Three of the Indictment;
"Guilty" or "Not Guilty"

__Unable to reach an agreement__ of the offense charged in Count Four of the Indictment;
"Guilty" or "Not Guilty"

__Unable to reach an agreement__ of the offense charged in Count Five of the Indictment;
"Guilty" or "Not Guilty"

__Unable to reach an agreement__ of the offense charged in Count Six of the Indictment;
"Guilty" or "Not Guilty"

__Unable to reach an agreement__ of the offense charged in Count Seven of the Indictment;
"Guilty" or "Not Guilty"

__Unable to reach an agreement__ of the offense charged in Count Eight of the Indictment;
"Guilty" or "Not Guilty"

__Unable to reach an agreement__ of the offense charged in Count Ten of the Indictment;
"Guilty" or "Not Guilty"

__Unable to reach an agreement__ of the offense charged in Count Fourteen of the Indictment;
"Guilty" or "Not Guilty"

__Unable to reach an agreement__ of the offense charged in Count Fifteen of the Indictment;
"Guilty" or "Not Guilty"

__Unable to reach an agreement__ of the offense charged in Count Sixteen of the Indictment;
"Guilty" or "Not Guilty"

__Unable to reach an agreement__ of the offense charged in Count Seventeen of the Indictment;
"Guilty" or "Not Guilty"

__Unable to reach an agreement__ of the offense charged in Count Eighteen of the Indictment;
"Guilty" or "Not Guilty"

__Guilty__ of the offense charged in Count Nineteen of the Indictment;
"Guilty" or "Not Guilty"

**Verdict of the Jury – Page 3**

\_\_\_\_Guilty\_\_\_\_ of the offense charged in Count Twenty of the Indictment;
"Guilty" or "Not Guilty"

\_\_\_\_Guilty\_\_\_\_ of the offense charged in Count Twenty-Five of the Indictment;
"Guilty" or "Not Guilty"

With respect to Count Twenty-Five, if you answered "Guilty," what did you find by proof beyond a reasonable doubt was the amount of the mixture or substance containing a detectable amount of cocaine? Please check one of the blanks below.

\_\_✓\_\_   Five kilograms or more.

\_\_\_\_\_   At least five hundred grams but less than five kilograms.

\_\_\_\_\_   Less than five hundred grams.

We, members of the jury, find **Defendant Martin Salvador Rodriguez**:

_Unable to reach an agreement_ of the offense charged in Count One of the Indictment;
"Guilty" or "Not Guilty"

_Unable to reach an agreement_ of the offense charged in Count Two of the Indictment;
"Guilty" or "Not Guilty"

_Unable to reach an agreement_ of the offense charged in Count Three of the Indictment;
"Guilty" or "Not Guilty"

_Unable to reach an agreement_ of the offense charged in Count Four of the Indictment;
"Guilty" or "Not Guilty"

_Unable to reach an agreement_ of the offense charged in Count Five of the Indictment;
"Guilty" or "Not Guilty"

_Unable to reach an agreement_ of the offense charged in Count Six of the Indictment;
"Guilty" or "Not Guilty"

_Unable to reach an agreement_ of the offense charged in Count Seven of the Indictment;
"Guilty" or "Not Guilty"

_Unable to reach an agreement_ of the offense charged in Count Eight of the Indictment;
"Guilty" or "Not Guilty"

_Unable to reach an agreement_ of the offense charged in Count Ten of the Indictment;
"Guilty" or "Not Guilty"

_Unable to reach an agreement_ of the offense charged in Count Fourteen of the Indictment;
"Guilty" or "Not Guilty"

_Unable to reach an agreement_ of the offense charged in Count Fifteen of the Indictment;
"Guilty" or "Not Guilty"

_Unable to reach an agreement_ of the offense charged in Count Sixteen of the Indictment;
"Guilty" or "Not Guilty"

_Unable to reach an agreement_ of the offense charged in Count Seventeen of the Indictment;
"Guilty" or "Not Guilty"

_Unable to reach an agreement_ of the offense charged in Count Eighteen of the Indictment;
"Guilty" or "Not Guilty"

_Guilty_ of the offense charged in Count Nineteen of the Indictment;
"Guilty" or "Not Guilty"

**Verdict of the Jury – Page 5**

_____Guilty_____ of the offense charged in Count Twenty of the Indictment;
"Guilty" or "Not Guilty"

_____Guilty_____ of the offense charged in Count Twenty-Five of the Indictment;
"Guilty" or "Not Guilty"

With respect to Count Twenty-Five, if you answered "Guilty," what did you find by proof beyond a reasonable doubt was the amount of the mixture or substance containing a detectable amount of cocaine? Please check one of the blanks below.

____✓____   Five kilograms or more.

_____   At least five hundred grams but less than five kilograms.

_____   Less than five hundred grams.

**Verdict of the Jury – Page 6**

We, members of the jury, find **Defendant Cesar Mendez**:

__Guilty__ of the offense charged in Count Twenty-Five of the Indictment;
"Guilty" or "Not Guilty"

With respect to Count Twenty-Five, if you answered "Guilty," what did you find by proof beyond a reasonable doubt was the amount of the mixture or substance containing a detectable amount of cocaine? Please check one of the blanks below.

__✓__   Five kilograms or more.

_____   At least five hundred grams but less than five kilograms.

_____   Less than five hundred grams.

__Guilty__ of the offense charged in Count Thirty-One of the Indictment;
"Guilty" or "Not Guilty"

__Guilty__ of the offense charged in Count Thirty-Two of the Indictment;
"Guilty" or "Not Guilty"

Signed this __4th__ day of __November__, 2021.

5th - 2E

REDACTED _____
Presiding Juror

Verdict of the Jury – Page 7